UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELA PENAFIEL,<br><br>                          Plaintiff,<br><br>         v.<br><br>BAKETIVITY CORP. (DBA BAKETIVITY), *et al.*,<br><br>                         Defendants. | No. 21-CV-11086 (KMK)<br><br>ORDER |

KENNETH M. KARAS, United States District Judge:

    Pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), Plaintiff's counsel submitted a chart on October 14, 2022 (ECF 28) to correct for an error submitted with the Parties' original *Cheeks* Motion (ECF 26). The new information submitted to the Court remains inconsistent.

    The Parties have until October 19, 2022 to submit accurate information to the Court. There will be no extension of this deadline.

SO ORDERED.

DATED:    October 14, 2022
                   White Plains, New York

                                                                        KENNETH M. KARAS
                                                                   United States District Judge